09-3695-pr
Rollock v. LaBarbera

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect.  Citation to summary orders filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1.  When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order").  A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the thirtieth day of June, two thousand and ten.

PRESENT:

ROGER J. MINER,
JOSÉ A. CABRANES,
RICHARD C. WESLEY,
              *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEONARD ROLLOCK,

            *Plaintiff-Appellant,*

            -v.-                                    No. 09-3695-pr

NICOLE LABARBERA,

            *Defendant-Appellee.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF- APPELLANT:**        Leonard Rollock, *pro se*, Lisbon, OH.

**FOR DEFENDANT-APPELLEE:**        Li Yu, Assistant United States Attorney (Sarah S. Normand, Assistant United States Attorney, *on the brief*), *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

1

Appeal from a June 23, 2009 judgment of the United States District Court for the Southern District of New York (Loretta A. Preska, *Chief Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be **AFFIRMED.**

Plaintiff-Appellant Rollock, *pro se*, appeals from a judgment of the District Court dismissing his complaint, *sua sponte,* as barred by the doctrine of *res judicata.* Rollock alleges that the District Court erred in (a) raising the issue of *res judicata sua sponte* and (b) holding that his claim was barred by *res judicata.* "We review *de novo* the District Court's application of the principles of *res judicata.*" *EDP Med. Computer Sys., Inc. v. United States*, 480 F.3d 621, 624 (2d Cir. 2007).

The District Court did not err when it *sua sponte* raised the issue of *res judicata.* *Scherer v. Equitable Life Assurance Soc'y of U.S.*, 347 F.3d 394, 398 n.4 (2d Cir. 2003) ("[A] court is free to raise [the] defense [of *res judicata*] *sua sponte*, even if the parties have seemingly waived it."). Indeed, after an independent and thorough review, we conclude, for substantially the reasons stated by the District Court in its well-reasoned order, *Rollock v. LaBarbera*, No. 09-civ-5736 (S.D.N.Y. Jun. 23, 2009), that Rollack's claim is barred by *res judicata.*

Finally, we hold that Rollock's attempt to invoke the "declaratory judgment exception" is unavailing. "As this Court has previously stated, the declaratory judgment exception to the application of the doctrine of *res judicata* applies when the prior action involved *only* a request for declaratory relief." *Duane Reade, Inc. v. St. Paul Fire and Marine Ins. Co.*, 600 F.3d 190, 196 (2d Cir. 2010) (internal quotation marks omitted). Because Rollock's prior claim sought injunctive as well as declaratory relief, *see Rollock v. Stine*, Civ. A. 6:06-61, 2006 WL 950186 at *2, the declaratory judgment exception is unavailable. *See Giannone v. York Tape & Label, Inc.*, 548 F.3d 191, 194 (2d Cir. 2008).

## CONCLUSION

We have considered each of defendant's arguments on appeal and find them to be without merit. For the reasons stated above, we AFFIRM the judgment of the District Court.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court